Donald J. STRABLE, Plaintiff—Appellant,

v.

State of SOUTH CAROLINA, Defendant—Appellee.

No. 07–1952.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 15, 2007.

Decided: Nov. 20, 2007.

Donald J. Strable, Appellant Pro Se.

Before WILLIAMS, Chief Judge, and MOTZ and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald J. Strable seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Strable's motion to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Strable v. South Carolina,* No. 6:06–cv–03541, 2007 WL 2457540 (D.S.C. Aug. 27, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*